

U.S. Department of Justice

*John W. Vaudreuil*
*United States Attorney*
*Western District of Wisconsin*

Telephone 608/264-5158
TTY 608/264-5006
Main Facsimile 608/264-5172
Administrative Facsimile 608/264-5183
Civil Division Facsimile 608/264-5724
Criminal Division Facsimile 608/264-5054

<u>Address:</u>
Suite 303, City Station
660 West Washington Avenue
Madison, Wisconsin 53703

January 22, 2014

The Honorable William M. Conley
Chief United States District Judge
United States District Court
120 North Henry Street
Madison, WI 53703

    Re:    *United States v. Lacey Phillips and Erin Hall*
            Case No. 11-CR-00012-WMC

Dear Judge Conley:

    After careful consideration of the Seventh Circuit's en banc decision in this case, and a thorough review of the presently available evidence, I have decided that we will move to dismiss the indictment.

                          Very truly yours,

                          /s/

                          JOHN W. VAUDREUIL
                          United States Attorney

JWV:llb

cc:    Attorney Eric Wilson
        Attorney Peter Bartelt