IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

    v.              Case No. 11-CR-12-WMC

LACEY PHILLIPS and
ERIN HALL,

    Defendants.

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the charges contained in the Indictment filed on January 19, 2011, against defendants Phillips and Hall.

Dated: 01/29/2014

            Respectfully submitted,

            JOHN W. VAUDREUIL
            United States Attorney

      By:  /s/
            LAURA A. PRZYBYLINSKI FINN
            Assistant U. S. Attorney
            Chief of Criminal Division

Leave of court is granted for the filing of the foregoing dismissal.

Dated: _____

            WILLIAM M. CONLEY
            Chief U.S. District Judge